**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

D.A.N. JOINT VENTURE III, L.P., as Assignee of Bankruptcy Trustee Richard M. Fogel, the Chapter 7 Trustee for the Bankruptcy Estate of Debtor Nicholas S. Gouletas,

Plaintiff,

v.

No. 18-cv-00349

DOROTHEA TOURIS; STEVEN E. GOULETAS; NATEL MATSCHULAT; HOME BY INVESCO, INC.; 800 SOUTH WELLS PHASE II, LLC; PAUL JONES; JAMES PAUL; STUART T. ADLER, Individually and as Trustee of the Stuart T. Adler Revocable Family Trust; GEORGE STRAY; GEORGE SPANOS; WARADY & DAVIS, LLP; BEERMAN PRITIKIN MIRABELLI SWERDLOVE, LLP; SEG GARVEY LLC; NKM GARVEY LLC; IRENE GOULETAS; DESIREE WITTE; VICTORIA M. GOULETAS; ROSALIE GOULETAS; LOUIS GOULETAS; MICHAEL GOULETAS; BRITTANY GOULETAS; and DOE DEFENDANTS 1-10,

Defendants.

**DEFENDANT WARADY & DAVIS, LLP'S ANSWER AND AFFIRMATIVE DEFENSE**

**NOW COMES** the Defendant, WARADY & DAVIS, LLP ("Warady & Davis"), by and through its attorneys, Rolewick & Gutzke, P.C., and for its Answer to the Plaintiff's Complaint, states as follows:

**Summary of the Suit**

1. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1.

2. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

**Jurisdiction and Venue**

3. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

**Parties**

5. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6. Warady & Davis admits that it is a limited liability partnership with its principal place of business in Deerfield, Illinois. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 6.

**Facts**

**A. Background**

7. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

**B.     Numerous Judgments Are Entered against Gouletas**

10.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

**C.     Citation Liens Are Entered against Gouletas Prohibiting Gouletas from Transferring His Assets**

16.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

**D. In Violation of the Citation Lien, Gouletas Obtained and Cashed Numerous Cashier's Checks Issued to Himself**

19. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

**E. The Touris Checking Account Scheme**

20. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. Warady & Davis admits that Gouletas filed for bankruptcy in 2016. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 28.

29.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

**F.     The Garvey Court Scheme**

30.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

**G.     The Matschulat-CIB Stock Scheme**

34.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

**H.     The HBI-Parking Lot Scheme**

37.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38.     Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

### I. Gouletas Engaged in Additional Money Laundering Schemes

47. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

### J. The Contempt Proceedings against Gouletas

48. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

**K. The Bankruptcy Trustee Assigns the Litigation Claims and Alter-Ego Claims to DJV**

51. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53. Warady & Davis repeats its answers to all preceding and succeeding paragraphs.

**Count One**
**(Avoidance of Fraudulent Transfers Pursuant to 740 ILCS 160/5(a)(1))**

54. Warady & Davis admits that 740 ILCS 160/5 provides in part what was quoted by the Plaintiff in Paragraph 54. To the extent that there are any remaining allegations in Paragraph 54, Warady & Davis denies the same.

55. Warady & Davis admits that it received a $35,000.00 retainer from Gouletas or someone on Gouletas' behalf on or about January 21, 2015. Warady & Davis denies the remaining allegations contained in Paragraph 55.

56. Warady & Davis denies that the $35,000.00 retainer it received was paid by Gouletas with actual intent to delay or default Gouletas' creditors. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 56.

57. Warady & Davis denies the allegations in Paragraph 57.

58. Warady & Davis denies the allegations in Paragraph 58.

59. Warady & Davis denies that it is liable to the Plaintiff. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

**Count Two**
**(Avoidance of Fraudulent Transfers Pursuant to 740 ILCS 160/6(a) – Garvey Court Transfers)**

The allegations in this Count Two are not directed toward Warady & Davis, so Warady & Davis makes no answer to the allegations in this Count Two.

**Count Three**
**(Avoidance of Fraudulent Transfers Pursuant to 740 ILCS 160/6(a) – Cash Transfers)**

68. Warady & Davis admits that 740 ILCS 160/6 provides in part what was quoted by the Plaintiff in Paragraph 68. To the extent that there are any remaining allegations in Paragraph 68, Warady & Davis denies the same.

69. Warady & Davis admits that it received a $35,000.00 retainer from Gouletas or someone on Gouletas' behalf on or about January 21, 2015. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 69.

70. Warady & Davis denies the allegations in Paragraph 70.

71. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

72. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73. Warady & Davis denies the allegations in Paragraph 73.

74. Warady & Davis denies that it is liable to the Plaintiff. Warady & Davis states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

**Count Four**
**(Civil Conspiracy to Commit Fraud)**

The allegations in this Count Four are not directed toward Warady & Davis, so Warady & Davis makes no answer to the allegations in this Count Four.

**Count Five**
**(Aiding and Abetting Fraud)**

The allegations in this Count Five are not directed toward Warady & Davis, so Warady & Davis makes no answer to the allegations in this Count Five.

**Count Six**
**(Tortious Interference with Expectancy of Collection upon Judgments against Gouletas)**

The allegations in this Count Six are not directed toward Warady & Davis, so Warady & Davis makes no answer to the allegations in this Count Six.

**Count Seven**
**(Reimbursement of Funds Owed to Gouletas Prior to the Time That He Filed for Bankruptcy)**

The allegations in this Count Seven are not directed toward Warady & Davis, so Warady & Davis makes no answer to the allegations in this Count Seven.

**AFFIRMATIVE DEFENSE**

Warady & Davis, LLP ("Warady & Davis"), received a $35,000.00 retainer from Nicholas S. Gouletas ("Gouletas") or someone on Gouletas' behalf on or about January 21, 2015. The retainer funds were taken by Warady & Davis in good faith. Thereafter, Warady & Davis

provided accounting services for Gouletas, thereby providing reasonably equivalent value for all amounts invoiced for such accounting services.

**PRAYER**

**WHEREFORE**, Warady & Davis respectfully requests:

(1) that the Court enter judgment in Warady & Davis' favor on all claims directed at Warady & Davis; and

(2) that the Court grant Warady & Davis its court costs and such other and further relief as to which Warady & Davis may be entitled.

Dated: February 12, 2018

Respectfully Submitted,

**WARADY & DAVIS, LLP**

By: /s/ *Ryan A. Biller*

Ryan A. Biller, Esq. (ARDC 6292396)
ROLEWICK & GUTZKE, P.C.
1776 S. Naperville Road, Suite 104A
Wheaton, IL 60189
Phone: 630-653-1577
Fax: 630-653-1579
ryanb@rglawfirm.com
*Attorney for Warady & Davis, LLP*