UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| D.A.N. JOINT VENTURE III, L.P., <br> as Assignee of Bankruptcy Trustee <br> Richard M. Fogel, the Chapter 7 Trustee <br> for the Bankruptcy Estate of Debtor <br> Nicholas S. Gouletas, <br><br> **Plaintiff,** <br><br> vs. <br><br> DOROTHEA TOURIS, et al., <br><br> **Defendants.** | No. 1:18-cv-00349 <br><br> Hon. Robert M. Dow |

**PLAINTIFF'S NON-OPPOSITION TO MOTION BY
DEFENDANT JAMES PAUL FOR EXTENSION OF TIME**

1. Defendant James Paul has filed a Motion for Extension of Time (D.N. 15), which is not opposed by Plaintiff.

2. Plaintiff respectfully requests that the Court's Clerk notify Plaintiff's counsel whether the presentment hearing currently scheduled for February 28, 2018 at 9:15 a.m. will still be conducted.

Respectfully submitted,

ARMSTRONG LAW FIRM, P.C.

DATED: February 22, 2018.        By    *F. Dean Armstrong*
    F. Dean Armstrong, Esq.
ARDC #6199894
23353 S. 88th Avenue
Frankfort, IL  60423
815/464-3243
Fax: 815/464-3449
armstronglaw@sbcglobal.net
**Attorneys for Plaintiff
D.A.N. Joint Venture III, L.P.**

## Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing pleading was served upon all parties receiving CM/ECF noticing on this 22nd day of February, 2018.

*/s/F. Dean Armstrong*
F. Dean Armstrong