UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| D.A.N. JOINT VENTURE III, L.P., as Assignee of Bankruptcy Trustee Richard M. Fogel, the Chapter 7 Trustee for the Bankruptcy Estate of Debtor Nicholas S. Gouletas,<br><br>    Plaintiff,<br><br>v.<br><br>DOROTHEA TOURIS, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00349<br><br>Hon. Robert M. Dow, Jr. |

## DEFENDANT BEERMANN PRITIKIN MIRABELLI SWERDLOVE LLP'S OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, BEERMAN PRITIKIN MIRABELLI SWERDLOVE LLP ("Defendant Beermann") by and through its counsel, hereby offers to allow judgment to be taken against it and in favor of Plaintiff as follows:

1. Judgment shall be entered for Plaintiff against Defendant Beermann in the total amount, inclusive of attorneys' fees, costs and disbursements, of Thirty Five Thousand and 00/100ths Dollars ($35,000.00) and Defendant Beermann will be dismissed with prejudice by Plaintiff. This Offer of Judgment sum includes: (a) all alleged damages, and (b) all costs, attorneys' fees and disbursements that have accrued to Plaintiff as of the date of this offer.

2. This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure. If this Offer of Judgment is not timely accepted in accordance with paragraph 3 below, it is not to be construed either (a) as an admission that Defendant Beermann is liable in this action or (b) that Plaintiff has suffered any damages.

1

2685443v.1

3. In accordance with Rule 68, if this Offer of Judgment is not accepted – in writing – by Plaintiff within fourteen (14) days after service, the Offer of Judgment shall be considered withdrawn and any evidence of this Offer of Judgment will be inadmissible except in any proceeding to recover costs or attorneys' fees in this case.

4. If the judgment that Plaintiff finally obtains against Defendant Beermann is not more favorable than the unaccepted offer, Plaintiff must pay the costs, attorneys' fees and disbursements incurred by Defendant Beermann after the offer was made.

Dated: April 15, 2019

Respectfully submitted,

BEERMAN PRITIKIN MIRABELLI SWERDLOVE LLP

*/s/ Kimberly E. Blair*
**Attorney for Defendant Beermann**

Kimberly E. Blair, Esq., ARDC# 6272934
Joseph J. Stafford, Esq., ARDC# 6307076
Wilson Elser Moskowitz Edelman & Dicker, LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
(312) 704-0550 (Tel)
(312) 704-1522 (Fax)
Kimberly.Blair@wilsonelser.com
Joseph.Stafford@wilsonelser.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 15, 2019, I electronically filed the aforesaid document(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system and/or U.S. Mail. Parties may access this filing through the Court's system.

                                                /s/ Kimberly E. Blair