## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **D.A.N. JOINT VENTURE III, L.P.,** | ) | |
| **as Assignee of Bankruptcy Trustee** | ) | |
| **Richard M. Fogel, the Chapter 7 Trustee** | ) | |
| **for the Bankruptcy Estate of Debtor** | ) | |
| **Nicholas S. Gouletas,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 1:18-cv-00349** |
| | ) | |
| **DOROTHEA TOURIS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### RULE 26(f) INITIAL STATUS REPORT

In accordance with the Court's June 1, 2017 Standing Order requiring Rule 26(f) Initial Status Report, the undersigned parties respond as follows:

A.      The attorneys of record are as listed on the attached Service List.

B.      Plaintiff asserts federal jurisdiction is based on 28 U.S.C. §1334 and diversity jurisdiction under 28 U.S.C. §1332.

C.      The nature of the claims is fairly summarized in this Court's Memorandum Opinions dated March 19, 2019 (D.N. 115) and March 20, 2019 (D.N. 116).

D.      All Defendants as set forth in the Second Amended Complaint (D.N. 120) have been served.

E.      The principal legal issues are fairly summarized in this Court's Memorandum Opinions dated March 19, 2019 (D.N. 115) and March 20, 2019 (D.N. 116).

F.      Most of the principal factual issues are fairly summarized in this Court's Memorandum Opinions dated March 19, 2019 (D.N. 115) and March 20, 2019 (D.N. 116). The

claim against Adler, however, was not addressed in previous motion practice or the resulting opinions. The principal legal issue with respect to the claim against Adler is whether a judgment debtor's (Gouletas) payment to one judgment creditor (Adler) over other judgment creditors can be considered a fraudulent transfer.

G.     A jury trial has been requested.

H.     Plaintiff and Defendants Adler, Touris, Beermann Pritikin, Warady & Davis, and Spanos have submitted their Mandatory Initial Disclosure Responses as required by the Mandatory Initial Discovery Pilot Project Standing Order. The remaining Defendants shall file their Mandatory Initial Discovery Responses in compliance with the above Standing Order by May 21, 2019.

I.     The suggested cut-off date for fact discovery is nine months from the date of this Report. Defendant Adler, however, does not believe nine additional months of fact discovery are required to address the claim against him.

J.     The earliest date that the parties would be ready for trial is fifteen months from the date of this Report. The expected length of the trial is two weeks.

K.     The parties do not consent to proceed before a Magistrate Judge.

L.     Plaintiff and some of the Defendants have had some preliminary settlement discussions.

M.     The parties do not request a settlement conference until after more discovery has been conducted, including depositions.

Dated: May __, 2019                              Respectfully submitted,

**ARMSTRONG LAW FIRM PC**

By: _____
    F. Dean Armstrong, Esq.
23353 S. 88th Avenue
Frankfort, IL 60423
Tel: 815/464-4243
armstronglaw@sbcglobal.net
**Attorneys for Plaintiff**
**D.A.N. Joint Venture III, L.P.**

**CHEN ROBERTS**

By: _____
    John Chen, Esq.
33 North Dearborn Street, Suite 1420
Tel: 312/782-5630
jchen@chenrobertslaw.com
**Attorneys for Defendants Steven E.**
**Gouletas; Irene Gouletas; Desiree Witte;**
**Rosalie Gouletas; Brittany Gouletas;**
**Michael Gouletas; Victoria M. Gouletas**
**and Louis Gouletas**

**JOHN E. ZUMMO LAW**

By: _____
    John E. Zummo, Esq.
233 South Wacker Drive
Suite 2275
Chicago, Illinois 60606
Tel: 312-504-1333
jzummo@zummolaw.com
**Attorney for Defendants**
**Stuart T. Adler, Individually and as**
**Trustee**

**STAMOS & TRUCCO LLP**

**NICHOLAS G. GRAPSAS, LTD.**

By: _____
    Nicholas G. Grapsas, Esq.
1642 Colonial Parkway, 2nd Floor
Inverness, IL 60067
Tel: 847/963-0100
nick@grapsaslaw.com
**Attorneys for Defendant Dorothea Touris**

**FUCHS & ROSELLI, LTD.**

By: _____
    Scott A. Nehls, Esq.
440 W. Randolph Street, Suite 500
Chicago, IL 60606
Tel: 312/651-2400
snehls@frltd.com
**Attorneys for Defendant Paul Jones**

**ROBBINS, SALOMON & PATT, LTD.**

By: _____
    Richard H. Fimoff, Esq.
180 N. LaSalle Street, Suite 3300
Chicago, IL 60601
Tel: 312/782-9000
rtizna@resplaw.com
rfimoff@rsplaw
**Attorneys for Defendant James Paul**

**ROLEWICK & GUZKE, P.C.**

By: _____
     John J. Kakacek, Esq.
One East Wacker Drive, Third Floor
Chicago, IL 60601
Tel: 312/630-7979
mtrucco@stamostrucco.com
jkakacek@stamostrucco.com
**Attorneys for Defendant George Spanos**

**BEERMANN PRITIKIN MIRABELLI
SWERDLOVE LLP**

By: _____
     Howard A. London, Esq.
161 North Clark Street
Suite 2600
Chicago, IL 60601
Tel: 312/621-9700
halondon@beermannlaw.com
mdelster@beermannlaw.com

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: _____
     Kimberly E. Blair, Esq.
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
Tel: 312/704-0550
kimberly.blair@wilsonelser.com
joseph.stafford@wilsonelser.com
**Attorneys for Defendant Beermann
Pritikin Mirabelli Swerdlove LLP**

By: _____
     Ryan A. Biller, Esq.
1776 S. Naperville Road, Suite 104A
Wheaton, IL 60189
Tel: 630/653-1577
ryanb@rglawfirm.com
**Attorneys For Defendant Warady & Davis,
LLP**

_____
**GEORGE STRAY**
32 Tempie Lane
Arden, NC 28704
*Pro Se*

_____
**NATEL MATSCHULAT**
110 E. Chestnut, Suite 28J/28K
Chicago, IL 60611
*Pro Se*