# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

D.A.N. Joint Venture III, L.P.

                            Plaintiff,

v.                                                    Case No.: 1:18−cv−00349

                                                             Honorable Nancy L. Maldonado

Dorothea Touris, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2024:

       MINUTE entry before the Honorable Nancy L. Maldonado: The Court has reviewed Plaintiff's unopposed motion to dismiss based on settlement [316]. The motion is granted for the reasons therein. This case is dismissed with prejudice with court costs to be borne by the party incurring the same. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.